## First Department, December, 1943.
### (December 3, 1943.)

G. Schirmer, Inc., Respondent, v. Robbins Music Corporation et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order on payment of said costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ. [176 Misc. 578.]

Georges Bollack, Appellant, v. Société Générale pour Favoriser le Developpement du Commerce et de L'Industrie en France, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.; Townley and Glennon, JJ., dissent and vote to reverse and grant the motion. [See post, p. 808.]

The People of the State of New York, Respondent, v. James B. Schafer, Appellant.— Judgment unanimously affirmed. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.

The People of the State of New York, Respondent, v. James B. Schafer, Appellant.— Order unanimously affirmed. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.

Sally Bowman, as Assignee of Sidney Schenker, Respondent, v. Louis A. Tuvin et al., Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion; Townley, J., dissents and votes to modify by granting motion as to the first and second causes of action.

Fischbach & Moore, Inc., Respondent-Appellant, v. Fidelity and Casualty Company of New York, Appellant-Respondent.— Orders unanimously affirmed, without costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.

Constance Cherry, Respondent, v. Eighth Avenue Coach Corporation et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.

The People of the State of New York, Respondent, v. Senator Frozen Products, Inc., Appellant. (Case No. 1.) The People of the State of New York, Respondent, v. Senator Frozen Products, Inc., Appellant. (Case No. 2.) — Judgments unanimously affirmed. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.

Joseph F. Fishman et al., Respondents, v. Lexington Revenue Corporation, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.

Harry A. Kahn, Respondent, v. Ernest Kahn, Appellant, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.